IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASKIA S. ASHANTI,                             No. 2:07-cv–00807-MCE-GGH P

    Plaintiff,

  vs.                                                    <u>ORDER</u>

JAMES E. TILTON,

    Defendant.

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On January 23, 2009, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 23, 2009, are adopted in full;

2. Defendant's motion to dismiss, as barred by the three-strikes provision of 28 U.S.C. § 1915(g), filed on 3/18/08 (#12), is denied; and

3. Defendant is directed to file an answer within twenty days of the filed date of this order.

Dated: February 27, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE