IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASKIA S. ASHANTI,  No. 2:07-cv-00807-MCE-GGH P

    Plaintiff,

  vs.  ORDER

JAMES E. TILTON,

    Defendant.

_____/

    Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On February 18, 2009, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days. Defendant has filed "partial" objections to the findings and recommendations.

///
///
///

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a de novo review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 18, 2009 (docket # 21), are adopted in part and rejected in part;

2. Plaintiff's motion for a preliminary injunction, filed on 3/19/08 (docket #13), supplemented by a filing on 5/07/08 (#16), is denied as follows:

Denied as to plaintiff's request that he be provided a kosher diet. Such a determination is to be made by the Jewish Chaplain at the institution where the Plaintiff is housed. The Jewish Chaplain is not a party to this action.

Denied as to plaintiff's request for further accommodation with regard to an independent place of worship.

3. The Court makes no finding as to whether Plaintiff is entitled to participate in a Halal meat alternative program if it is approved.

Dated: March 27, 2009

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE