|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASKIA S. ASHANTI,

      Plaintiff,                              No. CIV S-07-0807 MCE GGH P

    vs.

JAMES E. TILTON,

      Defendant.                         ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, seeks relief under 42 U.S.C. § 1983. On 4/03/09, plaintiff filed a request for entry of default for defendant's having putatively failed to file an answer as of 3/22/09; however a review of the case docket indicates that defendant Matthew Cate timely filed an answer to the second amended complaint on 3/20/09, pursuant to the court's order, filed on 3/02/09. Docket # 23 and # 26. The proof of service attached to defendant's answer also indicates that plaintiff was properly served with that document on 3/20/09. Plaintiff's request appears to be baseless and will be denied.

\\\\\

\\\\\

\\\\\

\\\\\

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's inapposite and meritless request for an entry of default, filed on 4/03/09 (docket # 31), is denied.

DATED: April 13, 2009

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:009
asha0807.vac