IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASKIA S. ASHANTI,

     Plaintiff,          No. CIV S-07-0807 MCE GGH P

   vs.

JAMES E. TILTON,

     Defendant.        <u>ORDER</u>

_____/

        Although a proof of service is attached to the answer, filed on 3/20/09, plaintiff, by filing dated 4/28/09, indicates that he has never received a copy. Defendant is directed to serve, or re-serve, upon plaintiff a copy of the 3/20/09 answer (docket # 26).

        IT IS SO ORDERED.

DATED: May 5, 2009                /s/ Gregory G. Hollows

                                        UNITED STATES MAGISTRATE JUDGE

GGH:009
asha0807.rsv