IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASKIA S. ASHANTI,

    Plaintiff,                    No. 2:07-cv-00807 MCE GGH P

    vs.

JAMES E. TILTON, et al.,           ORDER

    Defendants.

_____/

On September 11, 2009, defendant filed a request for reconsideration of the magistrate judge's order filed September 2, 2009, denying a third request for a motion for extension of time in which to file discovery responses, requiring defendant to respond without objection to plaintiff's discovery requests by September 25, 2009.  Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law."  Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed September 2, 2009 (Docket No. 51), is affirmed.

Dated:  September 21, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE