IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASKIA S. ASHANTI,

    Plaintiff,                              No. CIV S-07-0807 MCE GGH P

   vs.

JAMES E. TILTON,

    Defendant.                             <u>ORDER</u>

_____/

        Counsel has recently substituted in for plaintiff, who had been proceeding pro se, in this action pursuant to 42 U.S.C. § 1983. Plaintiff's counsel has apparently adopted plaintiff's motion for default judgment, initially filed pro se on October 9, 2009 (docket # 62), and has set the matter for hearing, which motion the court will hear on December 3, 2009. With counsel's appearance, this matter is no longer governed by L.R. 230-78(m), but rather the other provisions of L.R. 230-78 now apply, including for the remaining briefing of this motion (defendant's response/opposition and any reply by plaintiff).

        The following motions brought pro se by plaintiff (and not adopted by counsel), however, will be vacated: plaintiff's motion to file a third amended complaint, filed on May 21, 2009, and plaintiff's motion to appoint counsel and for a pretrial conference, filed on July 15, 2009.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's counsel having substituted in for the pro se plaintiff on October 12, 2009, and having set plaintiff's motion for a default judgment for hearing, the matter will be heard on the law and motion calendar for December 3, 2009, and this case is no longer governed by L.R. 78-230(m), but by the other provisions of L.R. 78-230; and

2. Plaintiff's pro se motion for leave to file a third amended complaint, filed on May 21, 2009 (docket # 38), and pro se motion to appoint counsel and for a pretrial conference, filed on July 15, 2009 (docket # 47), are VACATED from the court's calendar.

DATED: October 22, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
asha0807.vac