IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASKIA S. ASHANTI,

    Plaintiff,                    No. CIV S-07-0807 MCE GGH P

    vs.

JAMES E. TILTON,

    Defendant.                  ORDER

_____/

        Plaintiff, a state prisoner proceeding with counsel, seeks relief pursuant to 42 U.S.C. § 1983. Plaintiff's motion for default judgment has been set for hearing on December 3, 2009. Defendant has, by filing dated October 27, 2009 (# 65), set a motion to modify the scheduling order for hearing a week after plaintiff's motion, that is, for December 10, 2009. In the interest of efficiency and judicial economy, the undersigned will now set defendants' motion for hearing on the same day as plaintiff's motion, that is, both motions will be heard by the undersigned on December 3, 2009.[1]

        IT IS SO ORDERED.

DATED: October 28, 2009

                              /s/ Gregory G. Hollows
                              GREGORY G. HOLLOWS
                              UNITED STATES MAGISTRATE JUDGE

GGH:009
asha0807.rst

---

[1] Opposition and reply briefing must comport with the requirements of L. R. 78-230(c) and (d).

1