JOANNA R. MENDOZA, State Bar No. 148320
LAW OFFICES OF JOANNA R. MENDOZA, PC
P.O. Box 2593
Granite Bay, CA  95746
(916) 781-7600
(916) 781-7601 FAX
jmendoza@theiplawfirm.com

Attorneys for Plaintiff
ASKIA S. ASHANTI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASKIA S. ASHANTI,<br><br>         Plaintiff,<br><br>  vs.<br><br>JAMES E. TILTON (Former CDCR-Secretary),<br>MATTHEW CATE (Current CDCR Secretary)<br> *California Department of Corrections and<br>Rehabilitation (CDCR), et al.<br><br>         Defendants, | CASE NO.  CIV-S-07-0807-MCE GGH P<br><br>**STIPULATION TO EXTEND TIME FOR HEARING ON PENDING MOTIONS; ORDER** |

The parties hereto, through their undersigned counsel of record, hereby stipulate, under Local Rule 6.2, to extend the hearing date for the pending motions (Motion for Default filed by plaintiff Ashanti and Motion to Modify Scheduling Order filed by defendants) currently set for December 3, 2009, for a period of (60) days, to a date in early February 2010 as is convenient for the court's calendar.  The reason for the extension is that the parties wish to explore settlement opportunities before significant time and attorneys' fees are incurred in opposing and replying to these motions, which should form the basis of "good cause" for the court to adopt the stipulation as the court's order.

/ / /

1

STIPULATION TO EXTEND HEARING DATE; ORDER

1

2  / / /

3  DATED: November 16, 2009.

4                                                                  Respectfully submitted,

5                                                                  LAW OFFICES OF JOANNA R. MENDOZA, PC

6                                                                   /s/ Joanna R. Mendoza
7                                                                  JOANNA R. MENDOZA
                                                                   Attorney for the Plaintiff ASHANTI
8

9

10                                                                 EDMUND G. BROWN, JR.
                                                                   Attorney General of California
11                                                                 VICKIE P. WHITNEY
                                                                   Supervising Deputy Attorney General
12
                                                                    /s/ Ellen Y. Hung
13                                                                 ELLEN Y. HUNG
                                                                   Deputy Attorney General
14                                                                 Attorneys for the Defendant CATE

15

16

17                                                **ORDER**

18

19         PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS ORDERED that the

20  hearings on the Motion for Default filed by plaintiff Ashanti and the Motion to Modify the

21  Scheduling Order filed by defendant Cate, both currently scheduled for hearing on December

22  3, 2009, shall be continued to 10:00 a.m. on February 11, 2010.

23  DATED: November 23, 2009

24                                                                 s/ Gregory G. Hollows

25                                                                 _____

26                                                                 **MAGISTRATE JUDGE
                                                                   GREGORY G. HOLLOWS**

27

28

2

STIPULATION TO EXTEND HEARING DATE; ORDER