UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

Askia S. Ashanti,

     Plaintiff,                    No. 2:07-CV-0807-MCE-GGH

    vs.

James E. Tilton, et al.,

     Defendant.                 <u>ORDER</u>

_____/

       Plaintiff is a prisoner proceeding through counsel with an action under 42 U.S.C. § 1983. This case will be referred to Magistrate Judge Nandor J. Vadas to conduct a settlement conference at California State Prison, Solano (CSP-SOL), on February 1, 2010, at 9:00 a.m. A separate order and writ of habeas corpus ad testificandum to transport the plaintiff will issue forthwith.

       In accordance with the above, IT IS HEREBY ORDERED that:

       This case is set for mediation on February 1, 2010, at 9:00 a.m. at CSP-SOL, 2100 Peabody Road, Vacaville, California.

DATED: December 2, 2009              <u>/s/ Gregory G. Hollows</u>
                                                 United States Magistrate Judge

asha0807.med