JOANNA R. MENDOZA, State Bar No. 148320
LAW OFFICES OF JOANNA R. MENDOZA, PC
P.O. Box 2593
Granite Bay, CA  95746
(916) 781-7600
(916) 781-7601 FAX
jmendoza@theiplawfirm.com

Attorneys for Plaintiff
ASKIA S. ASHANTI

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ASKIA S. ASHANTI,

           Plaintiff,

vs.

JAMES E. TILTON (Former CDCR-Secretary),
MATTHEW CATE (Current CDCR Secretary)
*California Department of Corrections and
Rehabilitation (CDCR), et al.

           Defendants,

CASE NO.  CIV-S-07-0807-MCE GGH

**SECOND STIPULATION TO CONTINUE HEARING ON PENDING MOTIONS; ORDER**

The parties hereto, through their undersigned counsel of record, hereby stipulate, under Local Rule 6.2, to extend the hearing date for the pending motions (Motion for Default filed by plaintiff Ashanti and Motion to Modify Scheduling Order filed by defendants) currently set for February 11, 2010, for a period of thirty (30) days, to a date in mid-March 2010, as is convenient for the court's calendar.

The parties previously stipulated to a 60-day continuation from December 3, 2009, to February 11, 2010, anticipating that the 60-day period would be sufficient to arrange for and conclude a formal mediation or settlement conference.  However, because of calendaring conflicts for counsel and Magistrate Judge Vadas, before whom the mediation will take place, the matter could not be scheduled until February 1, 2010 (Doc. #69).

Under the currently rescheduled hearing date, the parties would have to expend significant time and fees in preparing oppositions and replies to the motions, while engaged in mediation.  Thus, the parties request a further continuance of the hearing date to permit the parties to focus their time and energy on mediation and settlement efforts, before significant time and attorneys' fees have to be incurred in opposing and replying to these motions, if necessary.  The parties believe the above constitutes "good cause" for the court to adopt the stipulation as the court's order.

DATED: December 9, 2009.

    Respectfully submitted,

    LAW OFFICES OF JOANNA R. MENDOZA, PC

     /s/ Joanna R. Mendoza
    JOANNA R. MENDOZA
    Attorney for the Plaintiff ASHANTI


    EDMUND G. BROWN, JR.
    Attorney General of California
    VICKIE P. WHITNEY
    Supervising Deputy Attorney General

     /s/ Ellen Y. Hung
    ELLEN Y. HUNG
    Deputy Attorney General
    Attorneys for the Defendant CATE


**[PROPOSED]**

**<u>ORDER</u>**

PURSUANT TO THE STIPULATION OF THE PARTIES, IT IS ORDERED that the hearings on the Motion for Default filed by plaintiff Ashanti and the Motion to Modify the Scheduling Order filed by defendant Cate, both currently scheduled for hearing on February 11, 2010, shall be continued to 10:00 a.m. on February 25, 2010.

DATED**: December 18, 2009**    /s/ Gregory G. Hollows
                                            **MAGISTRATE JUDGE**
                                            **GREGORY G. HOLLOWS**