IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASKIA S. ASHANTI,

     Plaintiff,                       No. CIV S-07-0807 MCE GGH P

    vs.

JAMES E. TILTON,

     Defendant.                   <u>ORDER</u>

_____/

         Pursuant to a second stipulation and order filed on December 18, 2009, the hearing on plaintiff's motion for default judgment, filed on October 9, 2009 (Docket No. 62), and subsequently, by filing dated October 14, 2009 (Docket No. 63), set for hearing by plaintiff's counsel after her appearance, as well as defendants' motion to modify the scheduling order, filed on December 27, 2009 (Docket No. 65), was continued until February 25, 2010 (Docket No. 72). By <u>Order</u>, filed on October 29, 2009 (Docket No. 66), the undersigned expressly noted that opposition and reply briefing of these motions must comport with the requirements of L. R. 78-230(c) and (d).[1] No opposition to the motions having been filed and the time for doing so

\\\\\

---

[1] Now designated L. R. 230 (c) and (d), pursuant to the amended Local Rules made effective as of December 1, 2009.

1

1 having expired, the February 25, 2010, hearing on the motions at Docket Nos. 62 and 65 is
2 hereby VACATED and the motions are deemed submitted.
3         IT IS SO ORDERED.
4 DATED: February 24, 2010      /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:009
asha0807.vac2