IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASKIA S. ASHANTI,

        Plaintiff,                  No. CIV S-07-0807 MCE GGH P

      vs.

JAMES E. TILTON,

        Defendant.          ORDER

_____/

        Plaintiff is a state prisoner proceeding with counsel in this action pursuant to 42 U.S.C. § 1983.  Counsel for the parties have stipulated to the dismissal of this action with prejudice as to all defendants, under Fed. R. Civ. P. 41(a)(A)(ii).

        Accordingly, IT IS ORDERED that the Clerk shall close this case, pursuant to the stipulation filed on February 25, 2010 (docket # 74), dismissing this action with prejudice.

DATED: March 4, 2010

                          /s/ Gregory G. Hollows

                         GREGORY G. HOLLOWS
                         UNITED STATES MAGISTRATE JUDGE

GGH:009
asha0807.dsm

1