IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASKIA S. ASHANTI,

    Plaintiff,                    No. CIV S-07-0807 MCE GGH P

    vs.

JAMES E. TILTON,

    Defendant.                  <u>ORDER</u>

_____/

        On April 25, 2011, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

        The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

///

///

///

///

///

1

1. The findings and recommendations filed April 25, 2011 (ECF No. 81), are ADOPTED in full;

2. Plaintiff's Rule 60(b) motion for relief from judgment/motion for withdrawal from the voluntary dismissal, filed on November 5, 2010 (ECF No. 77), is DENIED.

Dated: June 7, 2011

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE