IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ASKIA S. ASHANTI,

        Plaintiff,                    No. CIV S-07-0807 MCE GGH P

   vs.

JAMES E. TILTON,

        Defendant.             <u>ORDER</u>

_____/

        This action was voluntarily dismissed with prejudice, pursuant to a stipulation. Plaintiff's subsequent Rule 60(b) motion for relief from judgment/motion for withdrawal from voluntary dismissal was denied.[1]  Although plaintiff filed the motion pro se, plaintiff's counsel still appeared as counsel of record, according to the court's docket, and both the findings and recommendations recommending denial and the order granting denial of plaintiff's 60(b) motion were served on his counsel.  Plaintiff is free to contact his counsel regarding the rulings.

        Accordingly, IT IS ORDERED that, in response to petitioner's request for status, filed pro se on October 7, 2011, the Clerk of the Court is to serve this order on both plaintiff's counsel and, on this occasion, on plaintiff pro se, plaintiff pro se to be served at the address

---

[1] The court determined that plaintiff had provided no basis for the court's continuing jurisdiction in this matter.

1

1  included on the filing at docket # 83.  No further communication should be directed to this court

2  by plaintiff pro se in this matter.

3  DATED: October 13, 2011

                   /s/ Gregory G. Hollows
               UNITED STATES MAGISTRATE JUDGE

5  GGH:009
   asha0807.rsp